**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

VS  CASE NO.  3:04cr48LAC

BRENDA GAIL SANDERS

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on  February 6, 2008
Motion/Pleadings:  MOTION TO REDUCE SENTENCE and MOTION FOR APPOINTMENT OF COUNSEL
Filed by  DEFENDANT PRO SE  on 2/6/08  Doc.# 121

RESPONSES:
BY GOVERNMENT  on 2/7/08  Doc.# 122
  on  Doc.#

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)   Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of February, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) Without prejudice.  The retroactive application does not become effective until 3 March 2008.*

s/*L.A. Collier*
***LACEY A. COLLIER***
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.