# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                               CASE NO.  3:04cr48LAC

BRENDA GAIL SANDERS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 6, 2008

Motion/Pleadings:  REQUEST FOR PROCEED WITH CONSIDERATION for a modified term of imprisonment as a result of the Amended Guideline Range effective 11/1/07 (18 U.S.C. § 3582) and REQUEST FOR APPOINTED COUNSEL

Filed by  DEFENDANT PRO SE        on 3/5/08          Doc.#   127

RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)            Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 27th day of May, 2008, that:*

*(a) The relief requested is* **DENIED.**

*(b) At sentencing, the defendant was held accountable by the Court for 4.8 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.50 kilograms or more of cocaine base. The defendant's base offense level and guideline range therefore remain unchanged. Additionally, defendant faced a mandatory minimum of life in prison which was reduced to 180 months with a 5K1.1. Defendant's sentence still today would require a mandatory life sentence except for the 5K1.1. 180 months remains the appropriate sentence based upon the facts and circumstances of the case.*

*(c) There is no right to an attorney under 18 U.S.C. §3582(c)(2).*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Document No.