**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                          CASE NO. 3:04cr48-04/LAC

BRENDA GAIL SANDERS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __February 9, 2010__
Motion/Pleadings: __MOTION FOR RE-SENTENCING FAIRNESS IN COCAINE SENTENCING ACT THUS ADOPTING THE 1-TO-1 RATION OF CRACK TO COCAINE__
Filed by __DEFENDANT__ on __1/19/2010__ Doc.# __167__

RESPONSES:
__NONE__ on _____ Doc.# _____
_____ on _____ Doc.# _____

_____ Stipulated _____ Joint Pldg.
_____ Unopposed _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Jerry Marbut*

LC (1 OR 2)                Deputy Clerk: Jerry Marbut

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 23rd day of March, 2010, that:*

*(a) The relief requested is **DENIED**.*

*(b) Although legislation has been introduced to Congress regarding the sentencing disparity between crack-to-powder cocaine, this legislation has not been enacted by Congress, and therefore does not provide the defendant a basis for relief. The defendant's motion for reduction of sentence is DENIED as premature.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*